No. 97–463. TEXTRON LYCOMING RECIPROCATING ENGINE DIVISION, AVCO CORP. *v.* UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA ET AL. C. A. 3d Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, December 29, 1997. Brief of respondents is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, January 28, 1998. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, February 18, 1998. This Court's Rule 29.2 does not apply. 

NOVEMBER 17, 1997

No. 97–644. LARION *v.* SANDUL. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 46.1. 

No. 96–8916. SWOFFORD *v.* DOBUCKI, WARDEN. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lindh* v. *Murphy*, 521 U. S. 320 (1997). 

No. D–1858. IN RE DISBARMENT OF AARON. Philip Irwin Aaron, of Syosset, N. Y., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on October 14, 1997 [*ante*, p. 910], is discharged.